# In the United States District Court
# For the Southern District of Georgia
# Brunswick Division

| | | |
|---|---|---|
| TRAVIS TYRONE KATES, | * | |
| | * | |
| Movant, | * | CIVIL ACTION NO.: 2:16-cv-72 |
| | * | |
| v. | * | |
| | * | |
| UNITED STATES OF AMERICA, | * | (Crim. Case No.: 2:10-cr-45) |
| | * | |
| Respondent. | * | |

## ORDER

After an independent and *de novo* review of the entire record, the undersigned concurs with the Magistrate Judge's February 13, 2018 Report and Recommendation, dkt. no. 9, to which Movant Travis Tyrone Kates ("Kates") failed to file Objections. Thus, the Court **ADOPTS** the Report and Recommendation as the opinion of the Court. The Court **DENIES** Kates' 28 U.S.C. § 2255 Motion to Vacate, Set Aside, or Correct his Sentence. The Court **DIRECTS** the Clerk of Court to enter the appropriate judgment of dismissal and to **CLOSE** this case.

The Court **DENIES** Kates *in forma pauperis* status on appeal and a Certificate of Appealability.

**SO ORDERED**, this 27 day of March, 2018.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA